**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                             ) | |
|                       Plaintiff,                       ) | |
|                                                             ) | |
|            v.                                            )   2:09-CR-200-JCM (LRL) | |
|                                                             ) | |
| JOSE ANTONIO AMADOR aka Edgar Parra,   ) | |
| LUIS ANTONIO RAMOS-VARGAS,        ) | |
| aka Hooligan,                                   ) | |
| GERALDO ORTIZ-HERNANDEZ,      ) | |
|                                                             ) | |
|                       Defendant.                   ) | |

**FINAL ORDER OF FORFEITURE**

On November 17, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Sections 853(a)(1) and (a)(2), based upon the plea of guilty by defendant GERALDO ORTIZ-HERNANDEZ to the criminal offense, forfeiting specific property alleged in the Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant GERALDO ORTIZ-HERNANDEZ pled guilty.

On November 19, 2009, the United States District Court for the District of Nevada filed a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Sections 853(a)(1) and (a)(2), based upon the plea of guilty by defendant LUIS ANTONIO RAMOS-VARGAS aka Hooligan to the criminal offenses, forfeiting specific property alleged in the

. . .

1  Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the
2  offense to which defendant LUIS ANTONIO RAMOS-VARGAS aka Hooligan pled guilty.
3      On March 2, 2010, the United States District Court for the District of Nevada entered an
4  Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21,
5  United States Code, Section 853(a)(1), (a)(2), and (p), based upon the plea of guilty by defendant
6  JOSE ANTONIO AMADOR aka Edgar Parra to the criminal offenses, forfeiting specific property
7  alleged in the Superseding Criminal Indictment and shown by the United States to have a requisite
8  nexus to the offense to which defendant JOSE ANTONIO AMADOR aka Edgar Parra pled guilty.
9      This Court finds the United States of America published the notice of the forfeiture in
10  accordance with the law on October 21, 2010, October 28, 2010, and November 4, 2010, in the Las
11  Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court.
12      This Court finds no petition was filed herein by or on behalf of any person or entity and the
13  time for filing such petitions and claims has expired.
14      This Court finds no petitions are pending with regard to the assets named herein and the time
15  for presenting such petitions has expired.
16      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
17  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
18  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
19  32.2(c)(2); Title 21, United States Code, Sections 853(a)(1), (a)(2), and (p); and Title 21, United
20  States Code, Section 853(n)(7) and shall be disposed of according to law:
21
22
23      i.    $25,990.00 in United States Currency
24  . . .
25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 11th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on December 16, 2010 by the below identified method of service:

<u>Electronic Filing</u>

Joseph D. Bunin
Bunin & Bunin
626 South Third Street
Las Vegas, NV 89101
buninlaw@aol.com
*Counsel for Jose Antonio Amador*

Mace J. Yampolsky
Mace Yampolsky, LTD
625 South Sixth Treet
Las Vegas, NV 89101
Mace@macelaw.com
*Counsel for Luis Antonio Ramos-Vargas*

Jess R. Marchese
Law Office of Jess R. Marchese
815 South Casino Center Boulevard
Las Vegas, NV 89101
marcheselaw@msn.com
*Counsel for Geraldo Ortiz-Hernandez*

    /s/ HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk