# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE ANTONIO AMADOR, et al.,<br><br>  Defendants. | 2:09-CR-200 JCM (LRL) |

### ORDER

Presently before the court is a letter from defendant Luis Antonio Ramos-Vargas representing that the Bureau of Prisons has been deducting money from defendant's inmate account to pay criminal monetary penalties under the judgment in his case (*see* doc. # 85, 5). (Doc. # 111).

Defendant points to page 5 of the judgment in his case that states that the assessment of $300.00 has been remitted upon motion of the government, that the fine has been waived, and that restitution is not applicable in this case. Thus, defendant requests that the money that the Bureau of Prisons has deducted from defendant's account be reimbursed.

To the extent that these deductions were made to pay any criminal monetary penalties in this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Bureau of Prisons reimburse any amount deducted from defendant's inmate account used to pay any criminal monetary penalties in this case. This order does not pertain to deductions from defendant's account that are not for payment of criminal monetary penalties.

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that the U.S. Marshals serve a copy of this order upon the
warden at FCI Big Spring/Flightline Unit, 1900 Simler Ave, Big Springs, TX 79720.[1]

DATED October 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Or upon the warden at whatever correctional facility defendant, inmate number 43904-048, is currently incarcerated at.

**James C. Mahan**
**U.S. District Judge**

- 2 -